| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Kefalos, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Hard Water Bar & Grill** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **36-2891624** |
| **4.** | **Debtor's address** | **Principal place of business** **7545 N. Clark St.** **Chicago, IL 60626** Number, Street, City, State & ZIP Code  **Cook** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Kefalos, Inc.** _____    Case number (*if known*)_____
     Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Kefalos, Inc.** _____ Case number (*if known*)_____
     Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?**  _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Kefalos, Inc.** Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 2, 2016**
MM / DD / YYYY

X **/s/ Amit Diamond**                          **Amit Diamond**
Signature of authorized representative of debtor     Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Bradley H. Foreman**                    Date **June 2, 2016**
Signature of attorney for debtor                     MM / DD / YYYY

**Bradley H. Foreman**
Printed name

**The Law Offices of Bradley H. Foreman, P.C.**
Firm name

**900 West Jackson Blvd.**
**Suite 7E**
**Chicago, IL 60607-3742**
Number, Street, City, State & ZIP Code

Contact phone **(312) 958-8126**    Email address **brad@foremanlawoffice .com**

**6190545**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Kefalos, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 2, 2016**            X **/s/ Amit Diamond**
                                              Signature of individual signing on behalf of debtor

                                              **Amit Diamond**
                                              Printed name

                                              **President**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: **Kefalos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**5100 River Rd.**<br>**Schiller Park, IL 60176**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | $25,000.00 | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Arch Capital Funding**<br>**160 Pearl St.**<br>**5th Floor**<br>**New York, NY 10005**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ☒ No  ☐ Yes | $31,315.32 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Ethiopian Diamond II Restaurant Inc**<br>**c/o Almaz Yigizaw**<br>**7537 N. Clark St.**<br>**Chicago, IL 60626**<br>Date(s) debt was incurred **September 2014**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: **unpaid rent claim for lease of commercial premises**<br>Is the claim subject to offset? ☒ No  ☐ Yes | $24,236.82 |

Debtor **Kefalos, Inc.**      Case number (if known)
     Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Everest Business Funding**<br>**2001 NW 107th Ave.**<br>**Suite 300**<br>**Miami, FL 33172**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Kabbage**<br>**925 B Peachtree STreet NE**<br>**Atlanta, GA 30309**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$61,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Pearl Capital Business Funding**<br>**9th Floor**<br>**100 William St.**<br>**New York, NY 10038**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$26,156.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Samson Partners**<br>**4459 Amboy Rd**<br>**Staten Island, NY 10312**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ariel Bouskila**<br>**P.O. Box 1065**<br>**New York, NY 10272** | Line **3.5**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Douglas Michaud**<br>**Senak Keegan Gleason Smith**<br>**621 S. Plymouth Ct. Suite 100**<br>**Chicago, IL 60605** | Line **3.2**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **MCA Recovery LLC**<br>**17 State Street**<br>**Suite 4000**<br>**New York, NY 10004** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **25,000.00** |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      Page 2 of 3

Debtor **Kefalos, Inc.**                                                                                   Case number (if known)
      Name

**5b. Total claims from Part 2**                                                  5b.   **+**   $                **204,708.14**

**5c. Total of Parts 1 and 2**                                                    5c.          $                 **229,708.14**
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name: **Kefalos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unanimous Shareholder Agreement**<br><br><br>**Amit Diamond** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Unanimous Shareholder Agreement**<br><br><br>**Devon Kelly**<br>**c/o Hard Water**<br>**7545 N. Clark**<br>**Chicago, IL 60626** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Commercial Lease Agreement**<br><br><br>**Ethiopian Diamond II Restaurant,Inc**<br>**c/o Almaz Yigizaw**<br>**7537 N. Clark St.**<br>**Chicago, IL 60626** |

**Fill in this information to identify the case:**

Debtor name: **Kefalos, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                       *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Amit Diamond** | **299 Southfield Drive**<br>**Vernon Hills, IL 60061** | **Arch Capital Funding** | ☐ D ____<br>■ E/F  **3.1**<br>☐ G ____ |
| 2.2 | **Amit Diamond** | **299 Southfield Drive**<br>**Vernon Hills, IL 60061** | **Samson Partners** | ☐ D ____<br>■ E/F  **3.6**<br>☐ G ____ |
| 2.3 | **Amit Diamond** | **299 Southfield Drive**<br>**Vernon Hills, IL 60061** | **Kabbage** | ☐ D ____<br>■ E/F  **3.4**<br>☐ G ____ |
| 2.4 | **Amit Diamond** | **299 Southfield Drive**<br>**Vernon Hills, IL 60061** | **Pearl Capital Business Funding** | ☐ D ____<br>■ E/F  **3.5**<br>☐ G ____ |
| 2.5 | **Amit Diamond** | **299 Southfield Drive**<br>**Vernon Hills, IL 60061** | **Everest Business Funding** | ☐ D ____<br>■ E/F  **3.3**<br>☐ G ____ |

Debtor **Kefalos, Inc.**  Case number *(if known)*

**Additional Page to List More Codebtors**
Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Amit Diamond** | **299 Southfield Drive<br>Vernon Hills, IL 60061<br>possible personal liability for trust fund related tax obligations** | **Internal Revenue Service** | ☐ D _____<br>■ E/F __2.1__<br>☐ G _____ |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Kefalos, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:  **13**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 2, 2016**

**/s/ Amit Diamond**  
**Amit Diamond**/**President**  
Signer/Title

Amit Diamond
299 Southfield Drive
Vernon Hills, IL 60061


Arch Capital Funding
160 Pearl St.
5th Floor
New York, NY 10005


Ariel Bouskila
P.O. Box 1065
New York, NY 10272


Devon Kelly
c/o Hard Water
7545 N. Clark
Chicago, IL 60626


Douglas Michaud
Senak Keegan Gleason Smith
621 S. Plymouth Ct. Suite 100
Chicago, IL 60605


Ethiopian Diamond II Restaurant Inc
c/o Almaz Yigizaw
7537 N. Clark St.
Chicago, IL 60626


Ethiopian Diamond II Restaurant,Inc
c/o Almaz Yigizaw
7537 N. Clark St.
Chicago, IL 60626


Everest Business Funding
2001 NW 107th Ave.
Suite 300
Miami, FL 33172


Internal Revenue Service
5100 River Rd.
Schiller Park, IL 60176


Kabbage
925 B Peachtree STreet NE
Atlanta, GA 30309

```
MCA Recovery LLC
17 State Street
Suite 4000
New York, NY 10004


Pearl Capital Business Funding
9th Floor
100 William St.
New York, NY 10038


Samson Partners
4459 Amboy Rd
Staten Island, NY 10312
```